## In re Gary L. SHAFFER, Respondent.

### No. 15–BG–971.

District of Columbia Court of Appeals.

Filed Dec. 17, 2015.

Bar Registration No. 465556, BDN: 162–13.

BEFORE: FISHER, Associate Judge, and NEBEKER and REID, Senior Judges.

### ORDER

PER CURIAM.

On consideration of the certified order of the Supreme Court of Pennsylvania suspending respondent from the practice of law in that jurisdiction for a period of five months, this court's September 21, 2015, order suspending respondent pending further action of the court and directing him to show cause why reciprocal discipline should not be imposed, the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent filed an affidavit that satisfied the requirements of D.C. Bar R. XI, § 14(g) on No-

vember 12, 2015 but did not file a response to the order to show cause, it is

ORDERED that Gary L. Shaffer is hereby suspended from the practice of law in the District of Columbia for a period of five months, *nunc pro tunc* to November 12, 2015. *See In re Sibley*, 990 A.2d 483 (D.C.2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C.2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).